# Robinson+Cole

ADAM J. PETITT

1650 Market Street, Suite 3030
Philadelphia, PA 19103
Main (215) 398-0600
Fax (215) 398-0599
apetitt@rc.com
Direct (215) 398-0562

October 11, 2024

*Via ECF*
Hon. Ann Marie Donio, U.S.M.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, NJ 08101

Re: *The Plastic Surgery Center, P.A. v. Aetna Life Insurance Company et al.*,
No. 1:23-cv-021439-ESK-AMD, and Related Cases[1]

Dear Judge Donio:

      This firm represents Defendant, Aetna Life Insurance Company ("Aetna"), in the above-referenced 47 Related Cases. On September 27, 2024, the parties filed completed motions to dismiss in four cases—23-21470, 23-21439, 23-21448, and 23-21515. The parties write to respectfully request the remaining 43 cases be stayed pending the resolution of those four motions to dismiss.

      By way of brief background, on April 29, 2024, upon the request of the parties through a joint status letter, Your Honor issued an order directing Aetna to file a letter identifying the specific cases in which it planned to file motions to dismiss and the cases the parties proposed to be stayed pending motion practice, which Aetna did in its May 17 letter to the Court. (ECF Nos. 61-63). On June 4, Judge Kiel issued an order, among other things, granting Aetna leave to file motions to dismiss in the four cases referenced above and directing the parties to address the remaining cases with Your Honor. At the time of Judge Kiel's June 4 Order, there were 27 related cases before the Court. Since then, Plaintiff filed, and Aetna removed to this Court, another 20 cases (for a total of 47 Related Cases).

---

[1] *The Plastic Surgery Center, P.A. v. Aetna Life Ins. Co.*: Case Nos. 23-21439; 23-21444; 23-21448; 23-21450; 23-21452; 23-21464; 23-21465; 23-21470; 23-21473; 23-21481; 23-21498; 23-21507; 23-21510; 23-21513; 23-21515; 23-21517; 23-21518; 23-21530; 23-21536; 23-21542; 23-21547; 23-21558; 23-21560; 23-22397; 24-01446; 24-01460; 24-01465; 24-08530; 24-08535; 24-08539; 24-08495; 24-08497; 24-08591; 24-08593; 24-08603; 24-08607; 24-08644; 24-08650; 24-08528; 24-08664; 24-08727; 24-09092; 24-09102; 24-09119; 24-09130; 24-09140; and 24-09159.

Hon. Ann Marie Donio, U.S.M.J.
October 11, 2024
Page 2

Indeed, the four contemplated motions are fully briefed and before the Court. In line with the parties' initial request (*see* ECF No. 61), the parties respectfully request that the remaining 43 case be stayed pending resolution of motion practice. For the convenience of the Court, the docket numbers for the proposed cases to be stayed are as follows:

23-21444; 23-21450; 23-21452; 23-21464; 23-21465; 23-21473; 23-21481; 23-21498; 23-21507; 23-21510; 23-21513; 23-21517; 23-21518; 23-21530; 23-21536; 23-21542; 23-21547; 23-21558; 23-21560; 23-22397; 24-01446; 24-01460; 24-01465; 24-08495; 24-08497; 24-08528; 24-08530; 24-08535; 24-08539; 24-08591; 24-08593; 24-08603; 24-08607; 24-08644; 24-08650; 24-08664; 24-08727; 24-09092; 24-09102; 24-09119; 24-09130; 24-09140; and 24-09159.

The Parties thank the Court for its time and consideration in this matter.

Respectfully submitted,

*/s/ Kyle R. Tognan*
MAGGS MCDERMOTT & DICICCO, LLC
Kyle R. Tognan, Esq.
3349 Highway 138
Building C, Suite D
Wall, NJ 07719
(732) 272-5439
ktognan@maggslawnj.com
*Attorneys for Plaintiff*
*The Plastic Surgery Center, P.A.*

*/s/ Adam J. Petitt*
ROBINSON & COLE LLP
Adam J. Petitt, Esq.
Raymond J. Carta, Esq.
1650 Market Street, Ste 3030
Philadelphia, PA 19103
(215) 398-0562
apetitt@rc.com/rcarta@rc.com
*Attorneys for Defendant*
*Aetna Life Insurance Company*

cc:   All Counsel of Record (*via* ECF)

So Ordered this 15th day of October 2024

By:_____
ANN MARIE DONIO, U.S.M.J.